**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Jerry Christerson and Myrtle Christerson v. Gordon W. Speer, Lenora Speer, Kevin Speer, and Ed Pickett

Appellate case number:   01-16-00469-CV

Trial court case number:  CV29050

Trial court:             344th District Court of Chambers County

The record in this appeal was originally due by July 26, 2016. *See* TEX. R. APP. P.35.1(a). The clerk's record was filed on August 23, 2016, but the reporter's record has not been filed. On July 29, 2016, the Clerk of this Court notified appellants that the court reporter responsible for preparing the record in this appeal had informed the Court that the reporter's record was not filed because appellants had not made arrangements to pay for the reporter's record. The Clerk further notified appellants that unless they provided proof of payment for preparation of the reporter's record, proof of having made payment arrangements for the reporter's record, or a response showing that they were exempt from paying for the reporter's record by August 29, 2016, the Court might consider and decide those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellants failed to respond to the notice and have not provided the Court with evidence showing that they have paid or made arrangements to pay the court reporter or caused a reporter's record to be filed in the Court.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.* Appellants' brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellants' brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Jane Bland</u>
                        Acting individually


Date:  <u>December 8, 2016</u>